FILED
CLERK
11:54 am, Mar 14, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-                                    MEMORANDUM OF
                                                             DECISION & ORDER
TYRONE ROBINSON,                                             16-CR-545 (S-3)(ADS)

---------------------------------------------------------X
```

**APPEARANCES:**

**United States Attorney's Office, Eastern District of New York**
*Attorneys for the United States*
610 Federal Plaza
Central Islip, NY 11722
      By:    Allen Lee Bode, Assistant United States Attorney, Of Counsel.

271 Cadman Plaza East
Brooklyn, NY 11201
      By:    Megan Elizabeth Farrell, Assistant United States Attorney, Of Counsel.

**LaRusso Conway & Bartling LLP**
*Attorneys for the Defendant*
300 Old Country Rd, Suite 341
Mineola, NY 11501
      By:    Robert P. LaRusso, Esq., Of Counsel.

**SPATT, District Judge**:

On August 14, 2018, the Defendant brought motions to suppress evidence seized from a 2016 Black Chrysler Van with New Jersey license M23GCW (the "Rental Van") and evidence seized without a warrant from a cellphone with the number (718) 350-0346 (the "Roof Cellphone").

On November 13, 2018, the Court granted the Defendant's motion for a limited suppression hearing to address the factual circumstances regarding the seizures. The Court referred the hearing to United States Magistrate Judge Anne Y. Shields for a recommendation.

1

Pursuant to that Order, Judge Shields held a suppression hearing on February 4, 6 and 7, 2019 and on February 27, 2019 issued a Report and Recommendation ("R&R") recommending that the referred motions to suppress be denied. Specifically, Judge Shields found that: (1) "the totality of facts developed at the hearing establish that [the Defendant] abandoned the Rental Van, and therefore lacked a privacy interest that would allow him to complain of an unconstitutional search"; and (2) "[b]ased upon a review of the entirety of the testimony and photographs at the hearing," the Defendant abandoned the Roof Cellphone on the roof of 147 Smith, depriving him of a privacy interest therein. R&R at 28.

In reviewing a report and recommendation, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "'To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record.'" *United States v. Muhammad*, No. 12-cr-337, 2012 WL 6043589, at *1 (E.D.N.Y. Dec. 5, 2012) (Spatt, J.) (quoting *Wilds v. United Parcel Serv.*, 262 F.Supp.2d 163, 169 (S.D.N.Y.2003)).

The Court has reviewed Judge Shields's R&R and finds it to be persuasive and without any legal or factual errors. There being no objections, the Court adopts the R&R in its entirety. Therefore, the Court denies the Defendant's motions to suppress evidence seized from the Rental Van and the Roof Cell Phone in their entirety.

It is **SO ORDERED.**

Dated: Central Islip, New York

March 14, 2019

                                        ___/s/ Arthur D. Spatt___

                                        ARTHUR D. SPATT

                                        United States District Judge